An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY GRECO,
Appellant,
vs.
UNINCORPORATED TOWN OF
PAHRUMP; WILLIAM KOHLBARGER,
PAHRUMP TOWN MANAGER
(SITTING); PAHRUMP TOWN BOARD,
INDIVIDUALLY; SCOTT F. LEWIS,
FIRE CHIEF, PAHRUMP VALLEY
FIRE-RESCUE; PAHRUMP VALLEY
FIRE-RESCUE; THE LAW FIRM OF
ARMSTRONG TEASDALE, AS
REPRESENTATIVES OF TOWN OF
PAHRUMP: MARY ANN NELSON
SMYERS ROLANDS; AND TERRI
LYNNE SMYERS BOSTWICH,
Respondents.

No. 68360

**FILED**

JUL 28 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This pro se appeal is from an order of the district court denying appellant's application to proceed in forma pauperis. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule authorizes an appeal from such an order. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*,

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22783

100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). We therefore lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Kimberly A. Wanker, District Judge
       Anthony Greco
       Marquis Aurbach Coffing
       Armstrong Teasdale, LLP/Las Vegas
       Nye County Clerk

---

[1]Appellant's July 20, 2015, application to proceed in forma pauperis is denied as moot.